January 25, 2008

Mr. Shahin A. Khoshbin
Clouse Dunn Khoshbin LLP
1201 Elm St.
5200 Renaissance Tower
Dallas, TX 75270
Ms. Ruth Ellen Piller
Hays McConn Rice & Pickering, P.C.
1200 Smith Street, Suite 400
Houston, TX 77002

RE: Case Number: 07-0384
 Court of Appeals Number: 14-05-00254-CV
 Trial Court Number: 2003-31949

Style: WARWICK TOWERS COUNCIL OF CO-OWNERS, BY AND THROUGH ST. PAUL
 FIRE & MARINE INSURANCE COMPANY
 v.
 PARK WARWICK, L.P., PARK WARWICK INVESTMENTS, L.L.C., AND PARK HOTEL
 INVESTMENTS, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to that court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |